IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

**Richmond Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CRIMINAL NO.  3:20mj 71 |
| | ) | |
| v. | ) | |
| | ) | |
| **JACQUELINE MCIVER,** | ) | |
| | ) | |
| *Defendant.* | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. The defendant, JACQUELINE MCIVER, was on Fort Lee, Virginia, in the Eastern District of Virginia.

2. Fort Lee, Virginia is property administered by the Department of Defense and is within the special territorial jurisdiction of the United States and this Court.

### COUNT ONE

**(Citation No. 09944644)**

On or about March 12, 2021, in the Eastern District of Virginia at Fort Lee, Virginia, property administered by the Department of Defense, and within the jurisdiction of this Court and the special territorial jurisdiction of the United States, defendant, JACQUELINE MCIVER, did willfully and knowingly embezzle, steal, purloin, and convert to her own use property of the United States of a value not exceeding $1,000, to wit: JACQUELINE MCIVER, did remove a price tag

from a higher priced item and placed the item in a box with a lower price tag to avoid paying full price to steal jewelry, of a value of approximately $59.99 from the Fort Lee Post Exchange. (In violation of Title 18, United States Code, Section 641).

        RAJ PAREKH
        ACTING UNITED STATES ATTORNEY

By: _____/s/_____
    Stuart A. Hamm
    Special Assistant United States Attorney
    United States Attorney's Office
    919 East Main Street, Suite 1900
    Richmond, VA 23219
    Phone: (804) 765-1537
    Fax: (804) 765-1950
    Stuart.a.hamm.mil@mail.mil